IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,
          Petitioner,
    v.                                     **Judgment in a Civil Case**
ALFRED LEE WILSON,
          Respondent.              Case Number: 5:08-HC-2060-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for a hearing on the Government's Certificate of a Sexually Dangerousness pursuant to 18 U.S.C. § 4248.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the respondent, Alfred Lee Wilson and against the petitioner, the United States.

This Judgment Filed and Entered on September 28, 2012, with service on:
W. Ellis Boyle, G. Norman Acker III, Suzanne Little and Cindy J. Bembry, (via CM/ECF Notice of Electronic Filing)

September 28, 2012                                        /s/ Julie A. Richards
                                                                 Clerk